JENNY DEFRANCISCO SCHREIER
JSCHREIER@GRSM.COM
DIRECT DIAL: 860-780-5684



November 3

> Application granted. The initial conference scheduled for 12/19/2023 is adjourned to 1/18/2024 at 11:30 a.m. to be held by telephone using the same dial-in instructions previously provided.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        November 30, 2023

**VIA ECF**

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    Scanlon et al. Automated Business Systems
            No. 7:23-CV-08712-PMH-
            Request to Continue Initial Conference

Dear Judge Halpern:

    This firm represents Defendant Automated Business Systems in the above-referenced case. I write to seek an adjournment of the Initial Case Management and Scheduling Conference, which is currently scheduled for December 19, 2023.

    I am unable to attend the Initial Case Management and Scheduling Conference on December 19, 2023 because I am undergoing a surgical procedure on December 13, 2023 and will be out on medical leave until January 2024. I therefore respectfully request that the initial conference in this case be rescheduled for a date on or after January 17, 2024, at the Court's convenience. This is the parties' first request to adjourn the initial conference in this case, and this request is made with Plaintiff's counsel's consent.

                                            Respectfully Submitted

                                            Jenny DeFrancisco Schreier, Esq.

cc: Allan Rappleyea (via email)